IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS,<br>Plaintiffs,<br>vs.<br>DONALD M. HELF, JR., Individually and as Officer and Shareholder of D.N.R. ELECTRICAL CONTRACTORS, INC., a Dissolved Illinois corporation,<br>Defendants. | No. 14-cv-2414<br>Judge Robert Gettleman |

## MOTION FOR DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, JOHN F. ETZKORN, pursuant to F.R.C.P. 55, respectfully request This Honorable Court to enter Judgment in a Sum Certain in favor of Plaintiffs, TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS and against Defendants, DONALD M. HELF, JR., ("HELF"), Individually and as Officer and Shareholder of D.N.R. ELECTRICAL CONTRACTORS, INC., ("D.N.R."), a dissolved Illinois corporation, in the amount of $18,334.66. In support of their Motion, Plaintiffs state as follows:

1. This Complaint was filed on April 4, 2014.

2. Defendant HELF, Individually and as an Officer and Shareholder of D.N.R., was served on April 9, 2014 pursuant to the Proof of Service previously filed herein. Defendant has not appeared or answered within the time allowed by law.

3. Pursuant to the Affidavit of Howard Simon, Partner with Calibre CPA Group, PLLC (attached hereto as Exhibit A), delinquent contributions are due in the amount of $18,334.66 based on Monthly Payroll Reports submitted by Defendant without payment.

4. Pursuant to the Affidavit of John F. Etzkorn (attached hereto as Exhibit B), the Plaintiffs have incurred $2,117.00 in reasonable attorneys fees and costs in the course of prosecuting this action, and such fees and costs are required to be paid by Defendants pursuant to the applicable trust agreements and pursuant to ERISA at 29 U.S.C. Section 1132(g)(2).

WHEREFORE, Plaintiffs request this Court for relief as follows:

A. Enter judgment in favor of Plaintiffs and against Defendants HELF and D.N.R. in the sum of $20,451.66 consisting of $18,334.66 for delinquent contributions and $2,117.00 in reasonable attorneys' fees and costs.

B. This Court order HELF and D.N.R. to produce the books and records of D.N.R. ELECTRICAL CONTRACTORS, INC. fringe benefit contribution compliance audit for the period from April 1, 2006 through the present.

C. This Court grant such other relief as it deems equitable and just under the circumstances.

TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS

/s/ John F. Etzkorn
By: One of the Plaintiffs Attorneys

John F. Etzkorn
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite4 1650
Chicago, Illinois 60601
Telephone: 312/236-0415

G:\jfe\176\DNR Electrical Contractors\Pleading 2014\Motion for Judgment Sum Certain.8-7-14.docx